FILED
CLERK, U.S. DISTRICT COURT
JUL 1 2 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. ROMNEY, JR. AND TAMMY ROMNEY,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A. SHELLPOINT MORTGAGE, LLC,<br><br>Defendants. | CASE NO. 5:18-cv-00842-SVW-AFM<br>[Hon. STEPHEN V. WILSON, U.S. District Judge]<br><br>[~~PROPOSED~~] JUDGMENT OF DISMISSAL<br><br>Complaint Filed: April 23, 2018 |

In light of the Court's Order dismissing Plaintiffs' claims (Dkt. No. 28) following the Motion to Dismiss the First Amended Complaint filed by Defendant Bank of America, N.A. ("BANA") (Dkt. No. 20), and good cause appearing therein, the Court hereby ORDERS, ADJUDGES, AND DECREES that:

1. A judgment of dismissal with prejudice is hereby entered against Plaintiffs and in favor of BANA;

2. Plaintiffs shall take nothing by way of this action;

3. BANA is the prevailing party in this action; and

4. BANA may seek its fees and costs to the extent permitted by law.

**IT IS ORDERED, ADJUDGED, AND DECREED.**

DATED: 7/12/18

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2
[PROPOSED] JUDGMENT OF DISMISSAL