FILED
CLERK, U.S. DISTRICT COURT
JUL 25 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH E. ROMNEY, JR., AND TAMY ROMNEY, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A.; SHELLPOINT MORTGAGE, LLC <br><br> Defendants. | Case No.: 5:18-CV-00842-SVW-AFM <br><br> [PROPOSED] JUDGMENT OF DISMISSAL <br><br> Complaint Filed: April 23, 2018 <br><br> Hon. Stephen V. Wilson |

In light of the Court's Order dismissing Plaintiffs' claims (Dkt. No. 28) following the Motion to Dismiss the First Amended Complaint filed by Defendant Bank of America, N.A. ("BANA") (Dkt. No. 20) and New Penn Financial LLC dba Shellpoint Mortgage Servicing's Joinder in BANA's Motion to Dismiss (Dkt. No. 24), and good cause appearing therein, the Court hereby ORDERS, ADJUDGES, AND DECREES that:

1. A judgment of dismissal with prejudice is hereby granted against Plaintiffs and in favor of Defendant New Penn Financial, LLC, d/b/a Shellpoint Mortgage Servicing (erroneously sued as Shellpoint Mortgage, LLC) ("Shellpoint");
2. Plaintiffs shall take nothing by way of this action;
3. Shellpoint is the prevailing party in this action; and
4. Shellpoint may seek its fees and costs to the extent permitted by law.

IT IS ORDERED, ADJUDGED AND DECREED.

Dated: 7/25/18

HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

-1-
[PROPOSED] JUDGMENT OF DISMISSAL